UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOBIUS MEDICAL SYSTEMS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3182 |
| | § | |
| SUN NUCLEAR CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF MOBIUS MEDICAL SYSTEMS, LP'S MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiff Mobius Medical Systems, LP's Motion for Expedited Consideration of its Motion for Preliminary Injunction. (Doc. 8) and Defendant's response (Doc. 9). The Court finds expedited consideration is warranted and ORDERS Defendant Sun Nuclear Corporation to respond by November 18, 2013. The Court further sets a hearing on the Motion for Preliminary Injunction on November 21, 2013 at 9:30 a.m. in Courtroom 9c of the Bob Casey Federal Building, 515 Rusk Street. Houston, Texas 77002.

SIGNED at Houston, Texas, this 8th day of November, 2013.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE