UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MOBIUS MEDICAL SYSTEMS, LP,<br><br>Plaintiffs,<br><br>v.<br><br>SUN NUCLEAR CORPORATION,<br><br>Defendant. | Civil Action No. 4:13-cv-03182 |

**DEFENDANT SUN NUCLEAR CORPORATION'S
DISCLOSURE OF INTERESTED PERSONS**

Defendant Sun Nuclear Corporation, in accordance with the Court's October 30, 2013 Order for Conference and Disclosure of Interested Parties and FRCP 7.1, submits this Disclosure of Interested Persons informing the Court of "all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:"

**I.   PARTIES AND AFFILIATES**

1. Mobius Medical Systems, LP (Plaintiff);

2. As disclosed by Plaintiff, Mobius Medical Management, LLC;

3. As disclosed by Plaintiff, Dr. Nathan Childress;

4. As disclosed by Plaintiff, Caroline A. Baker;

5. Sun Nuclear Corporation (Defendant), a privately held Florida corporation;

6. William E. Simon, President of Sun Nuclear Corporation; and

7. Jeffery A. Simon, Vice President and CEO of Sun Nuclear Corporation.

There are no other ownership interests in Sun Nuclear Corporation.

1

**II.    ATTORNEYS**

1. Susman Godfrey L.L.P. (Counsel for Plaintiff);

2. Bertini Law Firm (Counsel for Defendant); and

3. Allen, Dyer, Doppelt, Milbrath & Gilchrist (Counsel for Defendant).

Respectfully submitted November 14, 2013.

*/s/Jeffrey S. Boyles*
Brian R. Gilchrist
TX Bar No. 07904795/FL Bar No. 774065
bgilchrist@addmg.com
Jeffrey S. Boyles (admitted *pro hac vice*)
FL Bar No. 722308
jboyles@addmg.com
ALLEN, DYER, DOPPELT,
MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone:  407-841-2330
Facsimile:  407-841-2343

and

Christopher D. Bertini
TX Bar No. 02256060
cbertini@bertinilaw.com
BERTINI LAW FIRM
The 1894 Trube Estate Building
2415 Market Street
Galveston, TX 77550
Telephone: 409-621-1876
Facsimile: 800-628-1498

*Attorneys for Defendant*
*Sun Nuclear Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2013, the foregoing was submitted for filing to the Clerk of the Court by using the Court's Case Management/Electronic Case Filing ("CM/ECF") System which will send a Notice of Electronic Filing to the following CM/ECF participants:

Chanler A. Langham
clangham@susmangodfrey.com
John P. Lahad
jlahad@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, #5100
Houston, TX 77002

Attorneys for Plaintiff
Mobius Medical Systems, LLP

*/s/Jeffrey S. Boyles*
Jeffrey S. Boyles (admitted *pro hac vice*)
FL Bar No. 722308